— **EXHIBIT B** —

**EXHIBIT B**
**Email Notice to 1681e(b) Settlement Class, Automatic Payment Group**

---

**From:**
**Sent:**
**To:**
**Subject:**   Legal Notice – Anthony Leo v. AppFolio Settlement


This email is a legal notice that you are eligible to receive an automatic monetary payment from a class action settlement. You are included in the settlement because you disputed the inclusion of a public record on a tenant screening reported prepared by AppFolio. You can read more about the settlement, including information about important deadlines, below and at [settlement website].

### This Court-authorized notice describes your rights and provides information about the settlement in *Leo v. AppFolio, Inc.*, U.S. District Court for the Western District of Washington, Case No. 3:17-cv-05771-RJB

Anthony Leo brought a purported class action lawsuit against AppFolio. The lawsuit claims that AppFolio violated the federal Fair Credit Reporting Act (or "FCRA") by selling tenant screening reports that included public records that did not belong to the subject of the report. AppFolio denies that it did anything wrong or that its conduct violated the FCRA. The parties have agreed to resolve the case. According to AppFolio's records, you are a member of the 1681e(b) Settlement Class, Automatic Payment Group, one of three groups of people affected by the settlement. If you are also a member of one of the other two groups, you will receive a separate notice describing your rights and options as a member of that group. However, you will not be eligible to receive multiple payments if you are a member of multiple groups.

Terms of the Settlement

AppFolio does not admit that that there is anything unlawful about its current procedures. However, AppFolio has agreed as a result of the settlement to implement and/or maintain certain procedures when reporting public record information on tenant screening reports.

Additionally, AppFolio and its insurer will pay an aggregate of $4,500,000 into a Settlement Fund in exchange for the release of certain claims of Plaintiff Leo and the Settlement Class Members. All payments to class members will be paid out of the Settlement Fund. In addition, if the Court awards attorney's fees and/or a service award for Plaintiff Leo, those payments will be made from the Settlement Fund. Some class members need to make a claim in order to receive a payment. However, as a member of the Automatic Payment Group, you do not need to do anything to receive a payment out of the Settlement Fund. Payments will be made in an equal amount from the Settlement Fund based on the number of total class members, taking into account the number of claims made. You can learn more about the details of the settlement at [website].

**EXHIBIT B**
**Email Notice to 1681e(b) Settlement Class, Automatic Payment Group**

Your Rights and Options

- **Do nothing.**  If the settlement is approved by the Court, you will receive a payment automatically.  To ensure any payment reaches you, you may wish to update your address either online at [website] or by contacting [Settlement Administrator].

- **If you do not wish to participate in the Settlement** you may "opt out" or exclude yourself online at [website] or by writing to [Settlement Administrator].  Opt out requests must be sent by [DATE].  If you elect to opt out, you will not receive any payment from the Settlement Fund.  You can locate more information about how to opt out and the effect of opting out at the [settlement website] or from the [Settlement Administrator.]

  **If you do not exclude yourself, and the Court approves the Settlement, you will be bound by the terms of the Settlement and will release the settled claims.**  That means that by participating in the Settlement, you will not be able to sue AppFolio or the other Released Parties for the claims described above and as set forth in the Settlement Agreement.  **The full text of the release is available at [website].**

- **If you do not exclude yourself, you can object to the Settlement**.  As a member of one of the Classes, you have the right to object to the Settlement, including to Class Counsel's fee request.  Class Counsel are requesting fees of $1,350,000, or 30% of the Settlement Fund.  Class Counsel are also asking for a service award and individual settlement for the named Plaintiff of $30,000.  Class Counsel's request for attorneys' fee will be available to you on the Settlement website on [DATE].  Written objections to the Settlement or the fee request must follow the procedures detailed in the Settlement Agreement.  Objections must be postmarked by [DATE].

**The Court has set a Final Approval Hearing on [DATE]** at the U.S. District Court for the Western District of Washington, located at 1717 Pacific Avenue, Tacoma, Washington 98402, Room 3100.  This date may change without further notice to members of the Classes.

This notice is only a summary.  Complete details about your rights and options are available online.  **Do not call the Court.**